United States District Court
Southern District of Texas
**ENTERED**
December 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARTIN MARTINEZ-CARDENAS | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL NO. 1:14-CV-22 |
| | § | (CRIM NO. 1:12-cr-00855-1) |
| UNITED STATES OF AMERICA | § | |

# ORDER

Petitioner Martin Martinez-Cardenas, a former Texas prisoner who has since been released from Bureau of Prisons custody, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 on June 4, 2014. *See* Dkt. Nos. 1, 29. The Court has before it Petitioner's pro se motion, Dkt. No. 1, and the Report and Recommendations of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. § 636(b), Dkt. No. 29 ("R&R").

The deadline to file objections to the magistrate judge's proposed findings and recommendations has passed, and the docket sheet shows that no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting 14-day deadline to file objections); Fed. R. Civ. P. 72(b)(2) (same); *see also* R&R at 5 (advising parties of 14-day deadline). The docket also shows that Petitioner received a copy of the R&R as of November 17, 2016. After independently reviewing the record and considering the applicable law, the Court adopts the magistrate judge's proposed findings and recommendations and **DISMISSES WITH PREJUDICE** the petition for a writ of habeas corpus, Dkt. No. 1. The Court directs the Clerk to close this case.

It is so ORDERED.

SIGNED this 20th day of December, 2016.

_____
Hilda Tagle
Senior United States District Judge